01
02
03
04
05
06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

07
08

09 ROBERT JOSEPH LUMPKIN,

10       Plaintiff,

11  v.

12 KING COUNTY REGIONAL JUSTICE CENTER, *et al*.,

13

14       Defendants.

Case No.   C13-25-JLR-JPD

REPORT AND RECOMMENDATION

15   On January 7, 2013, plaintiff Robert Lumpkin submitted to this Court for filing a

16 proposed civil rights complaint together with an application for leave to proceed with this

17 action *in forma pauperis*.  (*See* Dkt. No. 1.)   However, plaintiff failed to submit with his

18 application for *in forma pauperis* status a certified copy of his prison trust account statement

19 showing transactions for the last six months.   The Clerk therefore sent plaintiff a letter

20 advising him that he would have to pay the filing fee, or correct the deficiency in his application

21 requesting *in forma pauperis* status, on or before February 6, 2013, and that his failure to do so

22

REPORT AND RECOMMENDATION
PAGE - 1

could result in dismissal of this case.  (Dkt. No. 3.)   The Clerk also sent plaintiff a copy the appropriate *in forma pauperis* application form.   (*See* Dkt. No. 3.)

On January 14, 2013, the Clerk received a letter from plaintiff requesting that he be sent another application for leave to proceed *in forma pauperis* and another form was mailed to plaintiff the same date.   However, that is the last communication received from plaintiff.   To date, plaintiff has neither paid the filing fee nor corrected the deficiency in his application for leave to proceed *in forma pauperis*.

As plaintiff has had ample time to comply with the filing fee requirement, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute.   A proposed order accompanies this Report and Recommendation.

DATED this 2nd day of May, 2013.

                                   *James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2