01
02
03
04
05
06
07

08             UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
09                      AT SEATTLE

10 | ROBERT JOSEPH LUMPKIN,

11 |                Plaintiff,              Case No.  C13-25-JLR

12 |       v.
                                             ORDER DISMISSING ACTION
13 | KING COUNTY REGIONAL JUSTICE
    | CENTER, *et al.*,
14
15 |                Defendants.

16       The Court, having reviewed the Report and Recommendation of the Honorable James

17 P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and

18 ORDER:

19       (1)    The Court adopts the Report and Recommendation

20       (2)    This matter is DISMISSED, without prejudice, for failure to prosecute.

21 //

22 //


ORDER DISMISSING ACTION
PAGE - 1

(3)   The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 24th day of May, 2013.

*[signature]*
JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2