UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JOSEPH LUMPKIN,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KING COUNTY REGIONAL JUSTICE CENTER, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No.  C13-25-JLR<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

　　(1)　The Court adopts the Report and Recommendation

　　(2)　This matter is DISMISSED, without prejudice, for failure to prosecute.

//

//

ORDER DISMISSING ACTION
PAGE - 1

01     (3)    The Clerk is directed to send copies of this Order to plaintiff and to the
02 Honorable James P. Donohue.
03     DATED this 24th day of May, 2013.

                                                       JAMES L. ROBART
                                                       United States District Judge

ORDER DISMISSING ACTION
PAGE - 2